■ TOM E. SINNOTT, Appellant, v MEI-HUA SINNOTT, Respondent. [621 NYS2d 1018] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Grow, J. (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Dismiss Complaint.) Present—Green, J. P., Balio, Wesley, Callahan and Doerr, JJ.